IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
MARY A. ARGENTINO                         ) Case No. 14 B 42564
                                          ) Hon. PAMELA S. HOLLIS
                                          ) Chapter 7
            Debtor                        )
**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in bankruptcy, pursuant to Local Rule 2002-2, on January 13, 2017 either mailed a copy of the Notice of Final Report (NFR) to the following or served through the court's Electronic Filing System:

Mary A. Argentino
7171 W. Gunnison Street, Apt 3D
Harwood Heights, IL 60706

Raul Serrato
Serrato Law, Ltd.
1310-A W. 18th Street
Chicago, IL 60608

American InfoSource LP
PO Box 248866
Oklahoma City, OK 73124-8866

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197

Capital One Bank NA
by American InfoSource LP
PO Box 71083
Charlotte, NC 28272-1083

Navient Solutions, Inc.
PO Box 9640
Wilkes-Barre, PA 18773-9640

Credit First NA
PO Box 818011
Cleveland, OH 44181

Resurgent Capital Services
PO Bo 19008
Greenville, SC 29602

Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328

                                                    /s/ Allan J. DeMars
                                                    Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603