# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MARY A. ARGENTINO § Case No. 14-42564
§ Hon. PAMELA S. HOLLIS
§ Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,100.00 | Assets Exempt: | $64,145.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $20,595.05 | Claims Discharged Without Payment: | $68,252.65 |
| Total Expenses of Administration: | $89,404.95 | | |

3) Total gross receipts of $125,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $110,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $89,404.95 | $89,404.95 | $89,404.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $92,893.63 | $56,328.07 | $56,328.07 | $20,595.05 |
| **TOTAL DISBURSEMENTS** | $92,893.63 | $145,733.02 | $145,733.02 | $110,000.00 |

4) This case was originally filed under chapter  7  on 11/25/2014 .
The case was pending for     11   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2017                    By: /s/ ALLAN J. DeMARS
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| settlement of multi-district pelvic repair litigation | 1242-000 | $125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$125,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mary A. Argentino | personal injury exemption | 8100-002 | $15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MDL | 2990-000 | N/A | $6,250.00 | $6,250.00 | $6,250.00 |
| MDL attys prior to distribution | 3991-000 | N/A | $47,500.00 | $47,500.00 | $47,500.00 |
| MDL medical liens | 4210-000 | N/A | $19,664.20 | $19,664.20 | $19,664.20 |
| MDL admin expenses | 2990-000 | N/A | $981.00 | $981.00 | $981.00 |
| MDL case expenses | 2990-000 | N/A | $1,286.18 | $1,286.18 | $1,286.18 |
| MDL lien resolution admin expense | 2990-000 | N/A | $285.00 | $285.00 | $285.00 |
| Allan J. DeMars | 2100-000 | N/A | $8,750.00 | $8,750.00 | $8,750.00 |
| Allan J. DeMars | 2200-000 | N/A | $33.57 | $33.57 | $33.57 |
| Allan J. DeMars | 3110-000 | N/A | $4,655.00 | $4,655.00 | $4,655.00 |
| | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $89,404.95 | $89,404.95 | $89,404.95 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP agent | 7100-900 | $1,784.00 | $1,959.95 | $1,959.95 | $716.61 |
| 2 | Quantum3 Group LLC | 7100-000 | $992.00 | $1,129.00 | $1,129.00 | $412.79 |
| 3 | Quantum3 Group LLC | 7100-000 | $1,346.00 | $1,604.90 | $1,604.90 | $586.80 |
| 4 | First National Bank of Omaha | 7100-900 | $931.00 | $1,092.48 | $1,092.48 | $399.44 |
| 5 | Capital One Bank USA | 7100-000 | $3,654.00 | $539.32 | $539.32 | $197.19 |
| 6 | Navient Solutions, Inc. | 7100-000 | $3,679.00 | $2,925.75 | $2,925.75 | $1,069.73 |
| 7 | Navient Solutions, Inc. | 7100-000 | $32,807.00 | $30,649.02 | $30,649.02 | $11,206.10 |
| 8 | Credit First NA | 7100-000 | $657.00 | $669.00 | $669.00 | $244.60 |
| 9 | PYOD LLC, assignee | 7100-900 | $746.00 | $898.05 | $898.05 | $328.35 |
| 10 | PYOD LLC, assignee | 7100-900 | $3,587.00 | $3,782.90 | $3,782.90 | $1,383.13 |
| 11 | PYOD LLC, assignee | 7100-900 | $2,897.00 | $3,042.74 | $3,042.74 | $1,112.51 |
| 12 | PYOD LLC, assignee | 7100-900 | $2,895.00 | $3,040.37 | $3,040.37 | $1,111.64 |
| 13 | PYOD LLC, assignee | 7100-900 | $763.00 | $910.11 | $910.11 | $332.76 |
| 14 | PYOD LLC, assignee | 7100-900 | $2,558.00 | $2,832.74 | $2,832.74 | $1,035.73 |
| 15 | Wells Fargo Bank NA | 7100-900 | $1,078.00 | $1,251.74 | $1,251.74 | $457.67 |
| | 16 scheduled creditors with no claim filed | | $32,519.63 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $92,893.63 | $56,328.07 | $56,328.07 | $20,595.05 |

UST Form 101-7-TDR (10/1/2010)

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 14-42564                                            Trustee Name: Allan J. DeMars

Case Name: MARY A. ARGENTINO                                 Date Filed (f) or Converted (c): 11/25/14(F)
                                                             reopened: 4/26/16

For Period Ending: 3/31/17                                   §341(a) Meeting Date: 1/14/15

                                                             Claims Bar Date: 8/1/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 55.00 | 0.00 | | | FA |
| 2 | checking acct Charter One Bank | 1,715.00 | 0.00 | | | FA |
| 3 | kitchen appliances | 15.00 | 0.00 | | | FA |
| 4 | used television | 25.00 | 0.00 | | | FA |
| 5 | clothing | 100.00 | 0.00 | | | FA |
| 6 | Retirement plan at Vanguard | 44,835.00 | 0.00 | | | FA |
| 7 | 2005 Chevrolet Cobalt | 5,500.00 | 0.00 | | | FA |
| 8 | pelvic repair p.i. settlement vs American Medical Systems (u) | 125,000.00 | 34,033.62 | | 125,000.00 | FA |

TOTALS (Excluding unknown values)                     34,033.62                      125,000.00

                                                                   (Total Dollar Amount in Column 6)

Major activities affecting case closing: CASE REOPENED AFTER TRUSTEE NOTIFIED OF "PELVIC REPAIR CLASS ACTION LAWSUIT SETTLEMENT" WHICH HAD NOT BEEN ORIGINALLY SCHEDULED.

EXHIBIT "9" - FORM 2

## CASH RECEIPTS AND DISBURSEMENT RECORDS

Case No.: 14-42564  
Case Name: MARY A. ARGENTINO  
Taxpayer ID#: XXXXXX3677  
For Period Ending: 3/31/17  

Trustee's Name: Allan J. DeMars  
Bank Name: ASSOCIATED BANK  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxxx 2504  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 11/30/16 | Ref 8 | AMS Qualified Settlement Fun | settlement of defective pelvic repair multi-district litigation, gross settlement @125,000.00 with attys fees, liens, common fund expenses and costs, in the amount of $75,966.38, paid by settling party directly to attys and net paid to the estate; see DOCKET 29 | 1242-000 | 49,033.62 | | 49,033.62 |
| | | | | | | | |
| | | | gross settlement $125,000.00 | 1242-000 | | | |
| | | | LESS: | | | | |
| | | | | | | | |
| | | | MDL fee of $6250.00 | 2990-000 | | | |
| | | | attorneys fee $47,500.00 | 3991-000 | | | |
| | | | Medical liens $19,664.20 | 4210-000 | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
|  |  |  | MDL admin expenses $981.00 | 2990-000 |  |  |  |
|  |  |  | MDL case expenses $1,286.18 | 2990-000 |  |  |  |
|  |  |  | Lien Resolution admin expense $285.00 | 2990-000 |  |  |  |
| 12/2/16 | Check 1001 | Mary A. Argentino | personal injury exemption | 8100-002 |  | 15,000.00 | 34,033.62 |
| 2/16/17 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 |  | 8,750.00 | 25,283.62 |
| 2/16/17 | Check 1003 | Allan J. DeMars | expenses | 2200-000 |  | 33.57 | 25,250.05 |
| 2/16/17 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 |  | 4,655.00 | 20,595.05 |
| 2/16/17 | Check 1005 | American InfoSource LP | 726(a)(2) | 7100-900 |  | 716.61 | 19,878.44 |
| 2/16/17 | Check 1006 | Quantum3 Group LLC | 726(a)(2) | 7100-000 |  | 412.79 | 19,465.65 |
| 2/16/17 | Check 1007 | Quantum3 Group LLC | 726(a)(2) | 7100-000 |  | 586.80 | 18,878.85 |
| 2/16/17 | Check 1008 | First National Bank of Omaha | 726(a)(2) | 7100-900 |  | 399.44 | 18,479.41 |
| 2/16/17 | Check 1009 | Capital One Bank USA | 726(a)(2) | 7100-000 |  | 197.19 | 18,282.22 |
| 2/16/17 | Check 1010 | Navient Solutions, Inc. | 726(a)(2) | 7100-000 |  | 1,069.73 | 17,212.49 |
| 2/16/17 | Check 1011 | Navient Solutions, Inc. | 726(a)(2) | 7100-000 |  | 11,206.10 | 6,006.39 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 2/16/17 | Check 1012 | Credit First NA | 726(a)(2) | 7100-000 | | 244.60 | 5,761.79 |
| 2/16/17 | Check 1013 | PYOD LLC, assignee | 726(a)(2) | 7100-900 | | 328.35 | 5,433.44 |
| 2/16/17 | Check 1014 | PYOD LLC, assignee | 726(a)(2) | 7100-900 | | 1,383.13 | 4,050.31 |
| 2/16/17 | Check 1015 | PYOD LLC, assignee | 726(a)(2) | 7100-900 | | 1,112.51 | 2,937.80 |
| 2/16/17 | Check 1016 | PYOD LLC, assignee | 726(a)(2) | 7100-900 | | 1,111.64 | 1,826.16 |
| 2/16/17 | Check 1017 | PYOD LLC, assignee | 726(a)(2) | 7100-900 | | 332.76 | 1,493.40 |
| 2/16/17 | Check 1018 | PYOD LLC, assignee | 726(a)(2) | 7100-900 | | 1,035.73 | 457.67 |
| 2/16/17 | Check 1019 | Wells Fargo Bank NA | 726(a)(2) | 7100-900 | | 457.67 | 0.00 |
| | | | | COLUMN TOTALS | 49,033.62 | 49,033.62 | 0.00 |
| | | | | Less: Payments to debtor(s) | 15,000.00 | 15,000.00 | |
| | | | | Net | 34,033.62 | 34,033.62 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking# xxxxxx2504 | 34,033.62 | 34,033.62 | 0.00 |
| Money Market # | | | |
| Savings # | | | |
| CD #CDI | | | |
| Net | 34,033.62 | 34,033.62 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |